Case 2:15-cv-00275-TOR   Document 54   Filed 08/31/16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY SUNDHEIM, a married individual,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>UNITED RENTALS (NORTH AMERICA), INC., a Delaware corporation,<br><br>                    Defendant. | NO: 2:15-CV-0275-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 53).  The parties jointly stipulate to the dismissal of this action with prejudice and with each party bearing their own costs, fees, and expenses pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS ORDERED:**

1. All claims are **DISMISSED with prejudice**; each party shall bear its own costs, fees, and expenses.

2. All pending motions are **DENIED** as moot and all pending hearing and trial dates are stricken from the Court's calendar.

ORDER OF DISMISSAL ~ 1

1 | 3. The District Court Executive shall enter this order, provide copies to
2 | counsel, and **CLOSE** the file.
3 | Dated August 31, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2